# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RELMON H. DAVIS, III., <br><br> Plaintiff, <br><br> v. <br><br> GIBSON, et.al., <br><br> Defendants. | Case No.: 1:18-cv-00610-LJO-SAB (PC) <br><br> ORDER TO SHOW CAUSE WHY ACTION SHOULD NOT BE DISMISSED FOR FAILURE TO COMPLY WITH A COURT ORDER <br><br> [ECF No. 32] |

Plaintiff Relmon H. Davis, III. is appearing pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.

On August 3, 2018, the Court issued an order authorizing service of Plaintiff's third amended complaint, and requiring Plaintiff to fill out and return the USM-285 forms and summonses within thirty days. (ECF No. 32.) More than thirty days have passed and Plaintiff has not complied with or otherwise responded to the order.

Accordingly, it is HEREBY ORDERED that within **fourteen (14)** days from the date of service of this order, Plaintiff shall show cause why the instant action should not be dismissed for failure to comply with a court order.

IT IS SO ORDERED.

Dated: **September 12, 2018**

UNITED STATES MAGISTRATE JUDGE

1