# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RELMON H. DAVIS, III., <br><br> Plaintiff, <br><br> v. <br><br> GIBSON, et.al., <br><br> Defendants. | Case No.: 1:18-cv-00610-LJO-SAB (PC) <br><br> ORDER DISCHARGING SEPTEMBER 12, 2018 ORDER TO SHOW CAUSE <br><br> [ECF No. 33] |

Plaintiff Relmon H. Davis, III. is appearing pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.

On August 3, 2018, the Court issued an order authorizing service of Plaintiff's third amended complaint, and requiring Plaintiff to fill out and return the USM-285 forms and summonses within thirty days. (ECF No. 32.) After Plaintiff failed to timely comply with the order, an order to show cause was issued on September 12, 2018. (ECF No. 33.)

Inasmuch as Plaintiff has now submitted the completed service of process documents on September 18, 2018, the Court will vacate the September 12, 2018 order to show cause, and by way of separate order direct service by the United States Marshal.

IT IS SO ORDERED.

Dated: **September 19, 2018**

UNITED STATES MAGISTRATE JUDGE

1