

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RELMON H. DAVIS, III., <br><br> Plaintiff, <br><br> v. <br><br> GIBSON, et.al., <br><br> Defendants. | Case No.: 1:18-cv-00610-LJO-SAB (PC) <br><br> ORDER DISCHARGING WRIT OF HABEAS CORPUS AD TESTIFICANDUM AS TO INMATE RELMON H. DAVIS, III., CDCR #F-24440 |

Plaintiff Relmon H. Davis, III. is appearing pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.

A settlement conference in this matter commenced on January 18, 2019. Inmate Relmon H. Davis, III., CDCR #F-24440 is no longer needed by the Court as a participant in these proceedings, and the writ of habeas corpus ad testificandum as to this inmate is HEREBY DISCHARGED.

DATE: 1/18/19

UNITED STATES MAGISTRATE JUDGE

1