# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RELMON H. DAVIS, III., <br><br>　　　　Plaintiff, <br><br>　　v. <br><br>GIBSON, et.al., <br><br>　　　　Defendants. | Case No.: 1:18-cv-00610-LJO-SAB (PC) <br><br> ORDER ADOPTING FINDINGS AND RECOMMENDATION, AND DENYING PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT <br><br> [ECF Nos. 50, 51] |

Plaintiff Relmon H. Davis, III. is appearing pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On December 28, 2018, the Magistrate Judge issued a Findings and Recommendation recommending that Plaintiff's motion for summary judgment be denied. The Findings and Recommendation was served on the parties and contained notice that objections were to be filed within fourteen days. No objections were filed and the time to do so has expired.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), the Court has conducted a *de novo* review of this case. Having carefully reviewed the entire file, the Court finds the Findings and Recommendations to be supported by the record and by proper analysis.

///

1

Based on the foregoing, it is HEREBY ORDERED that:

1. The Findings and Recommendation filed on December 28, 2018, is adopted in full; and
2. Plaintiff's motion for summary judgment filed on December 26, 2018, is denied.

IT IS SO ORDERED.

Dated: **January 24, 2019**         **/s/ Lawrence J. O'Neill**
UNITED STATES CHIEF DISTRICT JUDGE